UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
HARTFORD DIVISION

IN RE: ) Chapter 13
YORK REYNOLDS JR. ) Case No. 16-20736 JJT
    Debtor(s) ) 8/16/2017     ECF 34

**OBJECTION TO CONFIRMATION**

Molly T. Whiton, Chapter 13 Standing Trustee, (Trustee hereinafter) objects to the confirmation of the Chapter 13 Plan (ECF 34) (Plan hereinafter) of the above-captioned Debtor for the following reasons:

1. The Plan fails to conform to proofs of claim on file, both as to secured and general unsecured claims, and the Debtor has not objected to any claims.
2. The Plan calls for liens to be deemed unsecured, but no underlying motion to establish secured status or avoid liens has been filed.
3. The monthly payment called for by the Plan is not sufficient to pay filed claims.
4. The Debtor has failed to provide the Trustee with copies of post-petition 2016 tax returns pursuant to section 521(f)(1) of the Bankruptcy Code.
5. The Debtor has failed to commence or maintain payments in the amount called for in the Debtor's plan as required by sections 1326(a) and 1307(c)(4) of the Bankruptcy Code. As of the date of this pleading, the Debtor has missed   2   payments, totaling $450.00 overdue.

    **Wherefore** the Trustee requests that Confirmation of the Plan be denied.

/s/ Molly T. Whiton
Molly T. Whiton, Chapter 13 Trustee
10 Columbus Boulevard, Hartford, CT  06106
Tel:  860-278-9410 Fax: 860-527-6185
Email: mtwhiton@mtwhiton.com Fed. Bar #02214

**CERTIFICATE OF SERVICE**

In accordance with the applicable provisions of the Federal Rules of Bankruptcy Procedure, 2002 and 7004, the undersigned certifies that on the date set forth above, the following documents were served on the U.S. Trustee and all appearing parties via the court's electronic filing system, or by first class mail on the parties listed in section 2 below:

1. **Documents Served:** Objection to Confirmation
2. **Parties Served Via First Class Mail:**   (Complete Address Must Be Listed)
    Debtor(s):        YORK REYNOLDS JR.
                         345 LYME STREET
                         HARTFORD, CT 06112
3. **Parties Served Electronically Include:**
   a. Debtor's Attorney THEODORE A. LUBINSKY, ESQ.: TALUBINSKY@ATT.NET
   b. Office of the United States Trustee, Kim McCabe, Assistant United States Trustee: ustpregion02.nh.ecf@usdoj.gov.

/s/ Molly T. Whiton
Molly T. Whiton, Chapter 13 Trustee